UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
BARBARA MELI, STACEY CHAMPAGNE
 and   TRACEY HASSEL,

                               **Plaintiffs,**

   -against-

WAG LABS, INC.,
                   **Defendant.**

CIVIL ACTION

CASE NO. 19 cv 03807 (GRB)

VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(c), as no party served an answer, responsive pleading or moved for summary judgment, the above-named Plaintiffs Melli, Champagne and Hassel hereby voluntarily dismiss all claims and their complaint as to Defendnat Wag Labs, Inc., in its entirety and without prejudice.  Pursuant to FRCP 41 an order of this court is not necessary.

Dated:   June 2, 2020
        New York, NY

**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask

_____
By: Susan Chana Lask, Esq. (SCL-1744)
Attorney for Plaintiffs
244 Fifth Avenue, Suite 2369
New York, NY 10001
(917) 300-1958
scl@appellate-brief.com

The Clerk of the Court is directed to close this case.

So Ordered.
Dated: 6/3/2020

      ***/s/ Gary R. Brown***
      Gary R. Brown